```
             UNITED STATES DISTRICT COURT
              DISTRICT OF NEW HAMPSHIRE
```

Steven J. Beaudette

    v.                                              Civil No. 11-cv-570-SM

Bank of America, Inc.

## O R D E R

On February 3, 2012, a preliminary pretrial conference was held in this case.  Plaintiff appeared on his own behalf; Attorney Christopher J. Somma appeared for defendants.  The court approves the Proposed Discovery Plan (document no. 17) with the following amendments:

| Scheduling Designation | Deadline |
|---|---|
| **Mandatory Disclosures** | April 16, 2012 |
| **Motions to Dismiss** | April 16, 2012 |
| **Demand** | April 30, 2012 |
| **Third-Party Actions** | May 15, 2012 |
| **Amendment of Pleadings** | Plaintiff: May 15, 2012<br>Defendants: June 15, 2012 |
| **Offer** | May 30, 2012 |
| **Experts and Experts' Written Reports** | Plaintiff: June 1, 2012<br>Defendants: July 2, 2012 |
| **DeBenedetto Disclosure** (If defendants claim unnamed parties at fault.) | June 15, 2012 |
| **Motions for Judgment on the Pleadings** | June 15, 2012 |
| **Experts' Supplemental Reports** | Plaintiff: August 1, 2012<br>Defendants: September 4, 2012 |

| **Completion of Discovery** | October 1, 2012 |
|---|---|
| **Challenges to Plaintiff's Expert Testimony** | October 15, 2012 |
| **Challenges to Defendants' Expert Testimony** | November 15, 2012 |
| **Motions for Summary Judgment** | December 17, 2012 |
| **Trial Date** | Two-week period beginning March 19, 2013 |

**Requests for Admission:**  A maximum of 35 requests by each party to any other party.

The parties concurred with respect to each of the aforementioned amendments.

                                                          _____
                                                          Landya B. McCafferty
                                                          United States Magistrate Judge

February 3, 2012

cc:   Steven J. Beaudette, pro se
       Christopher J. Somma, Esq.