UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**Steven J. Beaudette**

v.                                                    Civil No. 11-cv-570-SM

**Bank of America, N.A.**

**NOTICE OF RULING**

Re: Document No. 22, Response / Objection and Clarification

Ruling: Construed as a motion to reconsider, which is denied. Removal was timely (the time for removal is computed in whole days, not days and hours and minutes, etc.); the related case before Judge DiClerico, which was resolved in favor of the same defendant and which raised issues nearly identical to those raised in this case, precludes recovery by plaintiff in this case. Plaintiff seems to assert, in conclusory fashion, that he did not receive a copy of defendant's motion to dismiss, and, as a result has filed a late objection. Even considering that objection, which the court has considered, the result is the same. The complaint fails to state a claim on which relief may be granted.

              */s/ Steven J. McAuliffe*
              Steven J. McAuliffe
              United States District Court Judge

Date:  March 1, 2012

cc:  Steven J. Beaudette
     Christopher J. Somma, Esq.